United States Courts
Southern District of Texas
FILED

SEP 16 2025

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DONALD HARRIS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:25CV245 |
| | § | |
| THE MOST REVEREND WM. | § | JURY TRIAL DEMANDED |
| MICHAEL MULVEY, | § | |
| STL., DD, AS BISHOP OF THE | § | |
| DIOCESE OF | § | |
| CORPUS CHRISTI AND HIS | § | |
| SUCCESSORS IN | § | |
| INTEREST, A CORPORATE SOLE, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Donald Harris ("Harris"), and complains of The Most Reverend Wm. Michael Mulvey, STL., DD, as Bishop of the Diocese of Corpus Christi and his successors in interest, a Corporate Sole ("Defendant"), and for his causes of action would respectfully show the Court as follows:

1

## I. SUMMARY AND NATURE OF THE LAWSUIT

1. Harris worked for the Diocese of Corpus Christi for approximately twenty-six (26) years, most recently as Business Manager responsible for finance and administration. His duties were administrative and financial; he had no ministerial or liturgical role.

2. Harris reported violations of safeguarding policy involving a minor and opposed misuse of fiduciary and designated funds.

3. After these protected reports, Harris was subjected to harassment, retaliation, and ultimately termination in March 2024. At the time of termination, Harris was over 40 years of age and within the protections of the ADEA.

4. Therefore, Harris brings claims under Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act of 1967 ("ADEA").

## II. PARTIES

5. Plaintiff Donald Harris is an individual residing in Corpus Christi, Texas.

6. Defendant The Most Reverend Wm. Michael Mulvey, STL., DD, is sued in his official capacity as Bishop of the Diocese of Corpus Christi and as a corporate sole. Defendant may be served with process at its principal office located at 555 N. Carancahua, Suite 750, Corpus Christi, TX 78401.

## III. JURISDICTION AND VENUE

7. This Court has jurisdiction under 28 U.S.C. § 1331. Harris asserts claims under Title VII and the ADEA, which present federal questions.

8. Venue is proper in this District and Division under 28 U.S.C. § 1391(b) because the events giving rise to Harris's claims occurred in Corpus Christi, Texas, which is within this District.

## IV. CONDITIONS PRECEDENT

9. All conditions precedent have been satisfied. Harris filed a timely Charge of Discrimination with the EEOC and received a Notice of Right to Sue. A true and correct copy of that Notice, dated July 9, 2025, is attached hereto as Exhibit A. This lawsuit is filed within 90 days of receipt of that Notice.

## V. FACTUAL BACKGROUND

10. Harris began working for the Diocese more than 26 years ago. His most recent position was Business Manager, responsible for finance, budgets, payroll, accounting, and administration.

11. Harris's role was strictly administrative and financial. He had no religious, liturgical, or ministerial duties.

12. In February 2020, Harris reported violations of safeguarding policy involving a minor. He also objected to misuse of fiduciary and designated funds before the Finance Council.

13. After engaging in this protected activity, Harris was subjected to retaliation including harassment, intimidation, denial of grievance rights, and defamation.

14. On or about March 2024, Harris was terminated. Two part-time employees with less experience and without comparable background in church management were later hired to assume his duties.

15. At the time of termination, Harris was over 40 years of age and within the class protected by the ADEA.

## VI. CAUSES OF ACTION

### A. Retaliation under Title VII (42 U.S.C. § 2000e-3)

16. Harris engaged in protected activity by reporting safeguarding violations and opposing fiduciary misuse.

17. He was subjected to retaliation, culminating in his termination.

### B. Hostile Work Environment under Title VII

18. Harris was subjected to severe and pervasive harassment that unreasonably interfered with his ability to perform his job and created an intimidating and hostile workplace.

### C. Age Discrimination under the ADEA (29 U.S.C. § 621 et seq.)

19. Harris was over 40 at the time of termination and qualified for his position.

20. He was terminated under circumstances giving rise to an inference of age discrimination, including the fact that, after his termination, two part-time employees with less experience and without comparable background in church management were hired to assume his duties.

### D. Sexual Harassment under Title VII (42 U.S.C. § 2000e-2)

21. Harris was subjected to inappropriate sexual conduct and comments by supervisory clergy, creating an offensive and hostile workplace.

## VII. JURY DEMAND

22. Harris demands a trial by jury on all issues triable by a jury.

## VIII. DAMAGES

23. As a result of Defendant's actions, Harris seeks the following damages and relief:

   a. Enforcement of federal civil rights protections under Title VII and the ADEA;

   b. Injunctive relief enjoining Defendant from labeling employees as "ministers" solely to evade employment laws;

   c. Policy corrections to safeguard employees' rights to report harassment, retaliation, and fiduciary abuse, and to clarify that arbitration is non-binding in sexual harassment cases;

   d. Accountability measures, including referral of implicated professionals to appropriate licensing boards;

   e. Employment remedies including reinstatement or, in the alternative, front pay;

   f. Back pay, compensatory damages, and punitive damages;

   g. Attorneys' fees and court costs if counsel is retained;

   h. Pre- and post-judgment interest;

   i. Any other relief, at law or in equity, to which Harris may be entitled.

## IX. PRAYER

24. Harris respectfully prays that Defendant be cited to appear and answer herein, and that upon final hearing, judgment be entered for Harris against Defendant for all relief requested above, together with all such other relief, at law or in equity, to which Harris may be justly entitled.

Respectfully submitted,

*Donald Harris*

**Donald Harris**

**1310 Tenth St.**

**Corpus Christi, TX 78404**

**Phone: 361-443-0311**

**Email: dharris5489@outlook.com**

**Pro Se Plaintiff**